**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FEDERAL DEPOSIT INSURANCE CORPORATION,

    Plaintiff,

v.

THOMAS M. DAY,

    Defendant.

No. C-89-2618 SAW

**ORDER RE SUPPLEMENTAL BRIEFING AND/OR EVIDENCE**

The Court has reviewed FDIC's ex parte motion to renew the judgment. *See* Docket No. 44 (motion). Having reviewed such, the Court hereby orders FDIC to provide supplemental briefing and/or evidence in support of its motion. More specifically, the Court orders FDIC to certify that the address where Mr. Day was served is, to the best of its knowledge, the last known address of Mr. Day and that, in the exercise of reasonable diligence, FDIC is not aware of another address for Mr. Day. In addition, the Court orders FDIC to clarify who Aaron Paul, Esq. is (*e.g.*, Mr. Day's former counsel)[1], whether Mr. Paul was contacted in ascertaining an address for Mr. Day, and whether Mr.

///
///
///
///

---

[1] Mr. Paul was served with FDIC's prior motion to renew the judgment (filed back in December 2001).

Paul still serves as counsel for Mr. Day.

Supplemental papers shall be filed and served within a week of the date of this order.

IT IS SO ORDERED.

Dated: January 10, 2012

_____
EDWARD M. CHEN
United States District Judge

2