UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION,<br><br>       Plaintiff,<br><br>vs.<br><br>THOMAS M. DAY,<br><br>       Defendant. | Case No. C- 89-2618 SAW<br><br>**REVISED PROPOSED ORDER ON FDIC'S MOTION TO RENEW JUDGMENT** |

Based upon the foregoing motion, and for good cause appearing, the motion to renew the judgment against Defendant in the amount of $401,000 is granted.

DATED: 2/15/12

Ordered: _____
Hon.
United ~~States~~ Judge Edward M. Chen

IT IS SO ORDERED

- 1 -